UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 99-199-CR-SEITZ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

TYRESE NORMAN SAUN DERS,

        Defendant.
_____/

## ORDER RESETTING FINAL REVOCATION HEARING

This matter is set for Final Revocation Hearing before the undersigned on **June 17, 2008, at 9:00 a.m.**

DONE AND ORDERED in Miami, Florida this 2nd day of June, 2008.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
Teresa Graham, USPO