UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 99-199-CR-SEITZ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TYRESE NORMAN SAUN DERS,

    Defendant.
_____/

## ORDER REDUCING RESTITUTION PAYMENTS
## AND RESETTING FINAL REVOCATION HEARING

This matter came before the Court on June 17, 2008, for revocation hearing. The Court having heard representations of the parties and the U.S. Probation Officer, it is

ORDERED that the Defendant's restitution payments are reduced to $30.00 per month until Defendant obtains a better paying job and his ability to pay improves. It is further

ORDERED that the Final Revocation Hearing is reset for **September 4, 2008, at 9:00 a.m.**

DONE AND ORDERED in Miami, Florida this 23rd day of June, 2008.

                            PATRICIA A. SEITZ
                            UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
Teresa Graham, USPO