UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 99-199-CR-SEITZ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TYRESE NORMAN SAUN DERS,

    Defendant.
_____/

## ORDER RESETTING FINAL REVOCATION HEARING

This matter came before the Court on information from U.S. Probation that the Defendant is no longer working and has moved his residence. U.S. Probation requested that the continuation of the revocation hearing be moved up from the September 4, 2008 date. Therefore, it is

ORDERED that the Final Revocation Hearing is reset for **August 4, 2008, at 10:00 a.m.**

DONE AND ORDERED in Miami, Florida this 23rd day of July, 2008.

          PATRICIA A. SEITZ
          UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
Teresa Graham, USPO